UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                   Case No. 3:20-cr-389

          Plaintiff,

v.                                                                    ORDER

James Eickemeyer,

          Defendant.

On October 1, 2020, Defendant James Eickemeyer pled guilty to one count of bank robbery, in violation of 18 U.S.C. § 2113(a). (*See* non-document entry dated October 2, 2020). I subsequently sentenced Eickemeyer to a prison term of 48 months and a 3-year term of supervised release. (Doc. No. 21). I also ordered Eickemeyer to pay restitution and a special assessment fee.

On July 22, 2022, Eickemeyer filed a motion for clarification or modification of his sentence to adjust the amount of restitution remaining due through the application of seized funds, as I ordered as part of Eickemeyer's sentence. (Doc. No. 23). The government agreed with Eickemeyer's representation about the seized funds and also represented it had been in contact with administrative staff at the Bureau of Prisons ("BOP") regarding the status of Eickemeyer's restitution. (Doc. No. 24). The government later filed a supplement to its response brief, documenting that the BOP had corrected its records to reflect the correct amount of restitution owed. (Doc. No. 26). I agree with the government that Eickemeyer's motion is now moot as a result and deny it on that basis.

Additionally, Eickemeyer filed two motions.  The first was a motion for compassionate release, (Doc. No. 25), which the government opposed.  (Doc. No. 27).  The second was a motion to reduce his sentence, to which the government has not responded.  (Doc. No. 29).  The records of the Ohio Department of Rehabilitation and Correction reflect Eickemeyer currently is incarcerated at the Correctional Reception Center in Orient, Ohio, and the BOP's records reflect Eickemeyer was released from BOP custody on February 23, 2023.  Therefore, I also deny Eickemeyer's motions for compassionate release and for a reduced sentence as moot.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge